IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV497 |
| | ) | |
| v. | ) | |
| | ) | |
| TEENA M. KRUEGER, WILLIAM C. | ) | ORDER |
| KRUEGER, JEREMY J. LAMPRECHT, | ) | |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, HOME | ) | |
| COMINGS FINANCIAL NETWORK, | ) | |
| and DISCOVER BANK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the hearing on plaintiff's Motion for Default Judgment, Filing No. 17, is scheduled before the undersigned on **December 14, 2006, at 3:15 p.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

The Clerk's Office is directed to mail a copy of this order to the defendants at their last known addresses of record.

DATED this 22nd day of November, 2006.

BY THE COURT:


**s/ Joseph F. Bataillon**
Chief United States District Judge