IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV497 |
| | ) | |
| v. | ) | |
| | ) | |
| TEENA M. KRUEGER, WILLIAM C. KRUEGER, JEREMY J. LAMPRECHT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, HOME COMINGS FINANCIAL NETWORK, and DISCOVER BANK, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

   IT IS ORDERED that, upon the plaintiff's oral motion, the hearing on plaintiff's Motion for Default Judgment, Filing No. 17, is continued before the undersigned to **January 25, 2007, at 10:30 a.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

   The Clerk's Office is directed to mail a copy of this order to the defendants at their last known addresses of record.

   DATED this 13th day of December, 2006.

                                            BY THE COURT:


                                            **s/ Joseph F. Bataillon**
                                            Chief United States District Judge