IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CV497 |
| v. | ) | |
| TEENA M. KRUEGER, WILLIAM C. KRUEGER, JEREMY J. LAMPRECHT, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, HOME COMINGS FINANCIAL NETWORK, and DISCOVER BANK, | ) | ORDER RESCHEDULING HEARING |
| Defendants. | ) | |

IT IS ORDERED that the hearing on plaintiff's Motion for Default Judgment, Filing No. 17, is rescheduled before the undersigned to **January 23, 2007, at 9:30 a.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

The Clerk's Office is directed to mail a copy of this order to the defendants at their last known addresses of record.

DATED this 8th day of January, 2007.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief United States District Judge